**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00009-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LUIS MARTINEZ-GOMEZ,
  a/k/a Luis Ernesto Martinez,
  a/k/a Luis Ernesto Martinez-Gomez,

    Defendant.

---

**ORDER VACATING TRIAL DATES AND TO SET
CHANGE OF PLEA HEARING**

---

In response to the Notice of Disposition (Doc. # 12) filed in the above matter, it is ORDERED that the Final Trial Preparation Conference currently set for March 9, 2009 and the two-day jury trial set to commence on March 16, 2009 are VACATED. It is

FURTHER ORDERED that counsel shall confer and contact Chambers *via* conference call (303-335-2174) no later than January 30, 2009 to set this matter for a Change of Plea Hearing.

    DATED: January __28__, 2009

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge